

**Tyra Wells**
Jun 10

My heart is so heavy!! A so-called cop, who I thought was a friend of mine had the audacity to say, "That's why they get the knee" after responding to an incident where a white man called girls "hoes" and "niggers!" WE KNOW WHO YOU ARE!  I will definitely delete you and also confront you when I see you!!  I know your fellow officers also know about what you said and who you are as a person. It's sad that the people who heard you didn't say anything that night....maybe he/they were afraid the situation would get worse!!😡 But I won't be silent!!  Maysville stand with me!  No more crooked cops! #Blacklivesmatter!

 90                    118 Comments   17 Shares